| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 1 | 81 | 1007 | 02 | 05 | 81 | 3 | 790 | 1 | | | | 21 | J 2510 M | 54047 | | 81 | 1007 |

**PLAINTIFFS**
COMBS, HARRISON; O'CONNELL, JOHN J.; and DEAN, PAUL R., as Trustees of the UNITED MINE WORKERS OF AMERICA HEALTH AND RETIREMENT FUNDS

**DEFENDANTS**
BAILEY, LUCY; BAILEY, LINDA; BAILEY, WILMA and BAILEY, DOUGLAS, individually and d/b/a PANTHER CREEK COAL COMPANY

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Labor Management Relations Act, 1974 - Sec. 301; 29 USC 185; Employee Retirement Income Security Act of 1974 - Sec. 502; 29 USC 1132 - Claim for unpaid royalties due under collec tive bargaining agreement                      MLS

**ATTORNEYS**

James M. Haviland
MCINTYRE, HAVILAND & JORDAN
611 Virginia Street, E.
Charleston           25301

344-3652

All defendants
Charles A. Tutwiler
30 McDowell Street
P. O. Box 739
Welch, W. Va   24801

**FILING FEES PAID**

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | STATISTICAL CARDS CARD | DATE MAILED |
|---|---|---|---|---|---|
| | 02-05-81 | 86935 | 493638 | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                      DC-111 (Rev. 7/80)

CA 81-1007  HARRISON COMBS, al, Trustees of UMWAHRF vs. LUCY BAILEY, al, d/b/a PANTHER CREEK COAL CO.

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02-05-81 | 1 | Complaint & JS44a filed; Summs & 4 cop iss ret 20 days |
| 02-13-81 | 2 | U. S. Marshal's returns filed, as to Bailey, Wilma, Lucy Bailey, Douglas Bailey |
| 03-11-81 | 3 | Answer of defendants, filed |
| 02=02=82 | 4 | ORDER (WMK) dismissing action w/prejudice    CC/Counsel of record    33/223    dlg |
|  |  | CLOSED |